THE DENVER & RIO GRANDE RAILWAY CO., APPELLANT,
v. DAVIDSON, APPELLEE.

SAME, APPELLANT, v. BAKER, APPELLEE.

CONSTITUTIONAL LAW.
The statute in relation to the liability of railroad companies for killing
    stock, (Mills Ann. Stats. secs. 3712, 3713.) is unconstitutional.   The
    D. & R. G. Ry. Co. v. Outcalt, followed.

*Appeals from the County Courts of Gunnison and Delta
Counties.*

Messrs. WOLCOTT & VAILE, GOUDY & SHERMAN and Mr.
JOHN KINKAID, for appellants.

No appearance for appellees.

PER CURIAM.   These two cases involve the same question
presented in *Denver & Rio Grande Railway Co. v. Outcalt,*
(ante p. 395) decided at the present term, viz. the constitu-
tionality of sections 3712, 3713, pp. 1979–80, Mills Ann. Stat.
in regard to the killing of stock by railroad engines and
trains, and the statute in that case having been declared un-
constitutional, these cases must follow the decision in that.

The judgment in each will be reversed and the cause re-
manded.

*Reversed.*